STATE OF ARKANSAS )
                           ) SS
COUNTY OF _St. Francis_ )

I, Savino Davila, being first duly sworn upon my oath, depose and say that I have subscribed to the facts set forth in the foregoing motion; that I know the contents thereof; and that the matters therein set forth are true.

_____Savino Davila_____
Signature of Savino Davila

SUBSCRIBED AND SWORN to before me this _7th_ day of _April_, 2010.

_____Dee Lee_____
Notary Public

My commission expires:

___03___       ___01___       ___2016___
(month)            (day)            (year)

**(ORIGINAL ON FILE WITH CLERK OF THE DISTRICT COURT)**

8